IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOSE HERNANDEZ,              )
                             )
     Petitioner,             )
                             )        CIVIL ACTION NO.
     v.                      )         2:17cv551-MHT
                             )            (WO)
UNITED STATES OF AMERICA,    )
                             )
     Respondent.             )

                         JUDGMENT

     In accordance with the memorandum opinion entered

today, it is the ORDER, JUDGMENT, and DECREE of the

court as follows:

     (1) The    United    States    Magistrate    Judge's

recommendation (doc. no. 18) is adopted.

     (2) The  28  U.S.C.  § 2255  petition  for  writ  of

habeas corpus (doc. no. 1) is denied.

     It is further ORDERED that costs are taxed against

petitioner, for which execution may issue.

     The clerk of the court is DIRECTED to enter this

document  on  the  civil  docket  as  a  final  judgment

pursuant  to  Rule  58  of  the  Federal  Rules  of  Civil

Procedure.

    This case is closed.

    DONE, this the 31st day of March, 2020.

                                 /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE